UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB ISRAEL BOSSIRA, INDIVIDUALLY; JACOBS POWER LTD, A PRIVATE COMPANY INCORPORATED IN ISRAEL,<br><br>Plaintiffs,<br><br>-against-<br><br>THE STATE OF ISRAEL, ET AL.,<br><br>Defendants. | 26-cv-1700 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 21, 2026, order, the Court dismisses the second amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge